ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
KIRCHE RAY, ESQ.
Nevada Bar No. 16306
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV  89135
Telephone: (702) 792-3773
E-mail:  swanise@gtlaw.com
           kirche.ray@gtlaw.com

*Attorneys for Defendants, Tesla Energy
Operations, Inc. and Cameron Evan
Moore*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HAYDI ZELAYA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON EVAN MOORE, an Individual; TESLA ENERGY OPERATIONS, INC., a Foreign Corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-00625-EJY<br><br>**STIPULATION AND [PROPOSED ORDER] FOR DISMISSAL WITH PREJUDICE** |

The parties, Plaintiff HAYDI ZELAYA ("Plaintiff"), by and through her undersigned counsel, and Defendants TESLA ENERGY OPERATIONS, INC. ("TEO") and CAMERON EVAN MOORE ("Moore" and collectively with TEO, the "Defendants"), by and through their undersigned counsel, hereby stipulate that this matter, including all claims, shall be dismissed with prejudice in accordance with FRCP 41(a)(2), with each party to bear its own attorney fees and costs of suit.

/ / /

Page 1 of 2

ACTIVE 725090752v1

DATED this 11th day of June, 2026.

DATED this 11th day of June, 2026.

**GREENBERG TRAURIG, LLP**

**CHRISTIANSEN TRIAL LAWYERS**

*/s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
KIRCHE RAY, ESQ.
Nevada Bar No. 16306
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendants, Tesla Energy Operations, Inc. and Cameron Evan Moore*

*/s/ Andrew R. Brown*
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
ANDREW R. BROWN, ESQ.
Nevada Bar No. 15875
710 South 7th Street, Suite B
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that the Stipulation and Order for Dismissal with Prejudice is GRANTED; each party bearing its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court must close this case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____June 15, 2026_____

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 725090752v1